**Section 400.240. "I-1" Light Industrial District.[1] [R.O. 2009 §156.035; CC 1981 §30-37; Ord. No. 77-31, 7-5-1977; Ord. No. 77-56, 10-26-1977; Ord. No. 82-29, 4-21-1982; Ord. No. 90-163, 6-21-1990; Ord. No. 90-188, 7-18-1990; Ord. No. 91-26, 2-7-1991; Ord. No. 93-26, 2-26-1993; Ord. No. 93-129, 6-9-1993; Ord. No. 95-280, 10-18-1995; Ord. No. 96-256, 9-19-1996; Ord. No. 98-209, 5-15-1998; Ord. No. 00-78, 4-5-2000; Ord. No. 01-156, 7-19-2001; Ord. No. 02-130, 5-28-2002; Ord. No. 04-176, 8-4-2004; Ord. No. 04-216, 9-10-2004; Ord. No. 09-227, 12-10-2009; Ord. No. 10-244 §1, 11-18-2010; Ord. No. 11-106 §5, 6-9-2011; Ord. No. 12-245 §1, 12-19-2012]**

A. *Purpose.* The purpose of the "I-1" Light Industrial District is to provide sufficient space in appropriate locations for certain types of business and manufacturing, relatively free from offense, on modern landscaped buildings sites, and to make available more attractive locations for these businesses and industries. In order to preserve the land for industry and to avoid future conflicts between industry and residence, future residential uses are restricted.

B. Permitted Uses. A building or land in the "I-1" district shall be used only for the following purposes: **[Ord. No. 16-266 § 4, 12-20-2016; Ord. No. 18-283, 12-18-2018]**

   1. Any use permitted in the "C-1", "C-2" and "C-3" districts, except dwellings other than permitted below.

   2. Aluminum extrusion, rolling, fabrication and forming.

   3. Crematoria (cremation facilities), subject to meeting all requirements of State licensing regulations regarding cremation facilities and regarding clean air requirements.

   4. Dwellings for resident watchmen and caretakers employed on the premises.

   5. Establishments for the rent, sale and repair of heavy machinery.

   6. Food lockers, freezers, cold storage facilities.

   7. Laboratories, research, experimental or testing, but not testing combustion engines or explosives.

   8. Light manufacturing uses similar to those listed below, which do not create any more danger to health and safety in surrounding areas and which do not create any more offensive noise, vibration, dust, smoke, lint, odor, heat or glare than that which is generally associated with light industries of the types specifically permitted below:

      a. Beverage blending or bottling, bakery products, candy manufacture, dairy products and ice cream, fruit and vegetable processing and canning, but not distilling of beverages or slaughtering of poultry or animals, or

---

1. Cross Reference—As to penalty, §400.1890.

Exhibit 3

   processing or bulk storage of grain or feeds for animals or poultry.

  b. Compounding of cosmetics, toiletries, drugs and pharmaceutical products.

  c. Manufacture or assembly of medical and dental equipment, drafting, optical and musical instruments, watches, clocks, toys, games and electrical or electronic apparatus.

  d. Manufacture or assembly of boats, bolts, nuts, screws, rivets, ornamental iron products, firearms, electrical appliances, tools, dies, machinery and hardware products, sheet metal products and vitreous enameled metal products.

  e. Manufacture of rugs, mattresses, pillows, quilts, millinery, hosiery, clothing and fabrics, printing and finishing of textiles and fibers into fabric goods.

  f. Manufacture of boxes, furniture, cabinets, baskets and other wood products of similar nature.

9. Outside storage of goods used in or produced by permitted commercial and industrial uses or related activities, subject to industrial performance standards.

10. Radio or television station with receiving-transmission tower.

11. Railroad spur tracks.

12. Recycle operation for paper, glass, oil, metal, but not salvage.[2]

13. Welding or soldering shops.

14. Wholesale merchandising or storage warehouses.

C. Conditional Uses. **[Ord. No. 15-038 § 1, 2-17-2015; Ord. No. 18-283, 12-18-2018]**

1. The following uses may be permitted in the "I-1" district as conditional uses if approved by the City Council following recommendation by the Planning and Zoning Commission:

  a. Any conditional use listed in the "C-3" district unless permitted by the "I-1" district.

  b. Fertilizer storage in bags or bulk storage of liquid or dry fertilizer in tanks or in a completely enclosed building, but not manufacturing or processing.

  c. Recreational facilities primarily for employees in the district.

---

[2]. Editor's Note: Former Subsection (B)(13), regarding shipping containers, which immediately followed this Subsection, was repealed by Ord. No. 21-019, 2-2-2021. This ordinance also provided for the redesignation of former Subsection (B)(14) and (15) as Subsection (B)(13) and (14), respectively.

   d. Recreational vehicle campgrounds.

   e. Temporary shelters.

   f. The preparation of general purpose industrial commercial and household cleaning products and related chemicals (blending only).

   g. Towing companies and impound lots.

  2. The provisions of this Section shall apply to all new uses and to existing uses where a substantial change or expansion to the layout, operation or configuration is proposed.

D. *Design Standards.* (See also Sections 400.530 et seq. for additional regulations.) The following design standards are required in the "I-1" district:

 1. Minimum lot area: 1 acre.

 2. Minimum lot width at the building line: 150 feet.

 3. Minimum lot depth: 200 feet.

 4. Maximum height of building: 3 stories or 45 feet.

  "GPRS" bonus:

  All tiers: 4 stories or 60 feet, except when adjoining a residential district.

 5. Minimum setbacks measured from building line to property line: **[Ord. No. 18-258, 11-20-2018]**

  a. No part of any building, accessory structure or sign shall be located closer than one hundred (100) feet to any residential district boundary.

  "GPRS" bonus:

  All tiers: No part of any building, accessory structure or signs shall be located closer than 75 feet to any residential district boundary.

  b. The front yard setback is thirty-five (35) feet, except fifty (50) feet across street from residential district.

  "GPRS" bonus:

  Tiers 1 and 2: 30 feet.

  Tier 3: 25 feet, except 50 feet across street from residential district.

  c. The side yard setback is zero (0) feet, except fifty (50) feet adjoining residential district.

  "GPRS" bonus:

  All tiers: zero (0) feet, except 50 feet when abutting a residential district.

**[Ord. No. 18-258, 11-20-2018]**

    d.    The rear yard setback is zero (0) feet, except fifty (50) feet adjoining residential district. **[Ord. No. 18-258, 11-20-2018]**

        "GPRS" bonus:

        All tiers: zero (0) feet, except 50 feet when abutting a residential district. **[Ord. No. 18-258, 11-20-2018]**

6. Maximum lot coverage: None.

7. Maximum floor area in square feet: None.

8. *Public utilities.* Requirements are contained in Section 400.610.

9. *Off-street parking and loading.*

    a.    No parking shall be permitted in a required front yard.

    b.    (Reserved)[3]

    c.    Adequate parking and loading space shall be provided off the street for all employees and traffic to the building, if necessary in excess of the minimum requirements of Sections 400.660 et seq.

10. *Protective screening.*

    a.    All exterior solid waste containers and container racks or stands shall be screened from public view by an enclosure which complies with the requirements of Section 400.965(B)(4).

    b.    Where an "I-1" zoning district directly adjoins a residential zoning district or is located across a public street or alley from a residential zoning district, a landscaped greenbelt at least fifty (50) feet in width shall be provided and maintained along the appropriate property line by the users of the "I-1" property. The open area shall be planted with trees and shrubs. A minimum of one (1) tree shall be planted per thirty (30) lineal feet or fraction thereof for any frontage along a residential zoning district. Required trees shall be at least two and one-half (2½) inch caliper. Trees existing within any required greenbelt at the time of installation and which are larger than two and one-half (2½) inch caliper shall be preserved and will count toward the minimum landscaping requirements. Newly planted species shall be hardy for the specified area. All landscaping shall be maintained in a healthy growing condition and be neat and orderly in appearance. The fifty (50) foot greenbelt shall not be used for off-street parking facilities or for loading spaces. Along the inner side (the industrial property side) of the greenbelt, except when the greenbelt adjoins a public street, there shall be provided either:

---

3.    Editor's Note: Former Subsection (D)(9)(b), regarding loading operations to be conducted at the side or rear of buildings, etc., was repealed 7-28-2017 by § 1 of Ord. No. 17-152.

   (1) A continuous visual screen with a minimum height of six (6) feet, such screen consisting of a compact evergreen hedge of foliage screening; or

   (2) An ornamental masonry wall or wood fence at least six (6) feet in height above grade, in which case one (1) shrub shall be planted in the greenbelt per ten (10) lineal feet or fraction thereof. Required shrubs shall be a minimum of eighteen (18) inches in height at time of initial planting. Shrubs may be clustered rather than evenly spaced.

 11. *Landscaping.* The required front, side and rear yards shall be planted with trees and shrubs.

E. *Industrial Performance Standards.*

 1. *Compliance with standards.* Any use or proposed use shall be operated so as to comply with the provisions of this Chapter. If it is deemed necessary by the Building Commissioner in order to determine compliance with these standards by any proposed or expansion of industry, the Commissioner may require any person, firm or corporation to retain an expert consultant or consultants to study and report as to compliance or non-compliance with these performance standards and to advise how a proposed use or proposed expansion of a use can be brought into compliance with these performance standards. Such consultants shall be fully qualified to give the required information and shall be persons or firms mutually agreeable to the Building Commissioner and to the persons or firms of the use in question. In the event of inability to select a mutual consultant, the Planning and Zoning Commission shall select the consultant. The cost of the consultant's services shall be borne by the owner, firm or corporation requesting such use. No use lawfully established before October 25, 1977, shall be hereafter altered or modified so as to conflict with or further conflict with these performance standards.

 2. *Outdoor storage.* All permitted and conditional uses shall be conducted within a completely enclosed building with no open storage of raw, in process, or finished material, and supplies or waste material, or finished or semi-finished products manufactured on the premises, unless screened from the street, or any residential or business district by fences or walls in accordance with these district regulations.

 3. *Noise.* At no point on the boundary of a residential or business district shall the sound intensity level of any individual operation or plant (other than the operation of motor vehicles or other transportation facilities) exceed the decibel levels in the designated octave bands shown in the following table:

**Maximum Permitted Sound Levels (decibels)**

| Octave Band Frequency (cycles per second) | Along Residential District Boundaries | Along Business District Boundaries |
|---|---|---|
| 0 to 75 | 67 | 75 |
| 75 to 150 | 65 | 70 |
| 150 to 300 | 59 | 63 |
| 300 to 600 | 52 | 57 |
| 600 to 1,200 | 46 | 52 |
| 1,200 to 2,400 | 40 | 45 |
| 2,400 to 4,800 | 34 | 40 |
| Above 4,800 | 32 | 38 |

Note: Measurement is to be made at the boundary of the nearest residential or business area or at any other point along the boundary where the level is higher.

Sound levels shall be measured with a sound level meter and associated octave band filter manufactured according to standards prescribed by the American Standards Association. Measurements shall be made using the flat network of the sound level meter. Impulsive type noises shall be subject to the performance standards hereinafter prescribed, provided that such noises are capable of being accurately measured with such equipment. Noises capable of being so measured, for the purpose of this Chapter, shall be those noises which cause rapid fluctuations of the needle of the sound level meter with a variation of no more than plus or minus two (±2) decibels. Noises incapable of being so measured, such as those of an irregular and intermittent nature, should be controlled so as not to become a nuisance to adjacent uses.

4. *Smoke and particulate matter.* The emission of smoke, dusts or any gaseous or particulate matter by any building in an amount sufficient to create a general nuisance to adjoining properties shall be prohibited. Total emission of smoke, dusts and any gaseous or particulate matter shall be limited to the following:

    a. *Ringelmann requirements.* All smoke and the emission of all other particulate matter in quantities sufficient to produce an opacity at any point greater than Ringelmann 3 shall be prohibited. The only exception shall be a plume consisting entirely of condensed steam. A Ringelmann 1 unit is defined as twenty percent (20%) density for one (1) minute. No more than fifteen (15) units of Ringelmann smoke shall be permitted per hour and no smoke more intense than Ringelmann 2, except that during one (1) hour of a twenty-four (24) hour day, thirty (30) units of smoke may be emitted, but with no smoke more intense than Ringelmann 3 as shown on the Ringelmann Chart.

   b.   The emission, from all sources within any lot area, of particulate matter containing more than ten percent (10%) by weight, of particles having a particulate diameter larger than forty-four (44) microns, shall be prohibited.

   c.   Dust and other types of air pollution, borne by the wind from such sources as storage areas, yards, roads and the like within lot boundaries, shall be kept to a minimum by appropriate landscaping, paving, oiling, fencing or acceptable means. Emission of particulate matter from such sources in excess of the weight limitation herein specified shall be prohibited.

5. *Odors.* No odor shall be emitted by any use permitted in this district in such quantities as to be readily detectable by an average observer at any point on the boundary line of the premises or beyond.

6. *Noxious gases.* Processes and operations of permitted uses capable of dispersing gases or toxic particulates into the atmosphere must be hooded or otherwise suitably enclosed. The emission of such toxic gases or particulate matter shall be from a stack.

7. *Glare and heat.* Operation producing intense light and heat shall be performed within an enclosed building and not be visible beyond any lot line bounding the property whereon the use is conducted.

8. *Vibration.* Any operation or activity which shall cause at any time and at any point beyond the boundaries of the lot, earth-borne vibrations, other than background vibrations produced by some source not under control of this Chapter, such as the operations of motor vehicles or other transportation facilities, in excess of the limits set forth in Column I of the table below shall be prohibited. In addition, any operation or activity which shall cause at any time and at any point in a residence district earth-borne vibrations in excess of the limits set forth in Column II of the table below shall be prohibited. Vibration shall be expressed as displacement in inches and shall be measured with a three (3) component measuring system approved by the Building Commissioner.

| Frequency (cycles per second) | I Displacement (inches) | II Displacement (inches) |
|---|---|---|
| 0 to 10 | .0008 | .0004 |
| 10 to 20 | .0005 | .0002 |
| 20 to 30 | .0002 | .0001 |
| 30 to 40 | .0002 | .0001 |
| 40 to over | .0001 | .0001 |

|  | **I** | **II** |
|---|---|---|
| **Frequency (cycles per second)** | **Displacement (inches)** | **Displacement (inches)** |

Note: Impact vibrations which are discrete pulses that do not exceed one hundred (100) impulses per minute shall be permitted twice the displacements shown above in Columns I and II.