**Section 400.700. Parking Design Standards.[1] [R.O. 2009 §156.119; CC 1981 §30-97; Ord. No. 77-31, 7-5-1977; Ord. No. 90-87, 4-18-1990; Ord. No. 95-88, 3-30-1995; Ord. No. 95-344, 12-8-1995; Ord. No. 96-138, 5-8-1996; Ord. No. 98-209, 5-15-1998; Ord. No. 99-53, 2-4-1999; Ord. No. 99-205, 6-3-1999; Ord. No. 05-181, 6-22-2005; Ord. No. 09-227, 12-10-2009; Ord. No. 10-244 §1, 11-18-2010]**

A.  *Paving.* The required off-street parking facilities shall be paved in accord with the standards of the City Council. If the off-street parking space is required in connection with a temporary use of land not exceeding thirty (30) consecutive days in any one (1) year, then the space is not required to be a paved surface area except that in no instance shall more than five (5) spaces on private property be utilized as an unpaved, temporary parking lot during a City recognized civic festival or event.

B.  *Parking Dimensions.* All new parking areas shall comply with the dimensional requirements provided in the following tables and as illustrated in Figure 8, except for disabled parking spaces which shall instead meet the stall width and access aisle requirements provided in Section 350.397 of this Code.

**Standard Motor Vehicle Spaces**

| Angle | Stall Width | Vehicle Projection | Aisle Width | Typical Module | Interlock Reduction |
|---|---|---|---|---|---|
|  | A | B | C | D | E |
| 0° | 9' 0" | 7' 0" | 16' 3" | 30' 3" | 0' 0" |
| 45° | 9' 0" | 17' 0" | 15' 3" | 49' 3" | 3' 2" |
| 50° | 9' 0" | 17' 7" | 15' 7" | 50' 9" | 2' 11" |
| 55° | 9' 0" | 18' 1" | 16' 1" | 52' 3" | 2' 7" |
| 60° | 9' 0" | 18' 5" | 16' 11" | 53' 9" | 2' 3" |
| 65° | 9' 0" | 18' 7" | 17' 10" | 55' 0" | 1' 11" |
| 70° | 9' 0" | 18' 8" | 18' 11" | 56' 3" | 1' 6" |
| 75° | 9' 0" | 18' 7" | 20' 4" | 57' 6" | 1' 2" |
| 90° | 9' 0" | 17' 6" | 26' 6" | 61' 6" | 0' 0" |

Note: All dimensions based on a design vehicle of six (6) feet two (2) inches wide by sixteen (16) feet eight (8) inches in length. Parallel parking spaces (zero degree (0°) angle) shall be a minimum of twenty-two (22) feet in length.

**Compact Motor Vehicle Space**

| Angle | Stall Width | Vehicle Projection | Aisle Width |
|---|---|---|---|
|  | A | B | C |
| 0° | 7' 0" | 7' 0" | 16' 3" |
| 45° | 8' 0" | 17' 7" | 15' 7" |

---

1. Cross Reference—As to penalty, §400.1890.

:1

Exhibit 4

Section 400.700 Section 400.700

**Compact Motor Vehicle Space**

| Angle | Stall Width<br>A | Vehicle Projection<br>B | Aisle Width<br>C |
|---|---|---|---|
| 60° | 8' 0" | 18' 5" | 16' 11" |
| 90° | 8' 0" | 17' 6" | 26' 6" |

Note: Parallel compact motor vehicle parking spaces (zero degree (0°) angle) shall be a minimum of twenty-one (21) feet in length. For the purposes of this Division, *"compact motor vehicle"* shall be defined as every motor vehicle fifteen (15) feet or less in length. Compact motor vehicle spaces may be utilized pursuant to Section 400.680(I).

**Motorcycle Parking Space**

| Angle | Stall Width<br>A | Vehicle Projection<br>B | Aisle Width<br>C |
|---|---|---|---|
| 0° | 4' 0" | 7' 0" | 16' 3" |
| 45° | 5' 0" | 17' 7" | 15' 7" |
| 60° | 5' 0" | 18' 5" | 16' 11" |
| 90° | 5' 0" | 17' 6" | 26' 6" |

Note: Parallel motorcycle parking spaces (zero degree (0°) angle) shall be a minimum of ten (10) feet in length. For the purposes of this Division, "motorcycles" shall be defined as every motor vehicle having a seat or saddle for the use of the rider and designed to travel on not more than three (3) wheels in contact with the ground, but excluding a tractor. Motorcycle parking spaces may be utilized pursuant to Section 400.680(L).

**Figure 8**

**Parking Geometrics**



C. *Marking.* Parking spaces in lots of more than five (5) spaces shall be marked by painted lines or curbs or other means to indicate individual spaces. Signs or markers shall be used as necessary to ensure efficient traffic operation on the lot.

- D. *Waiting Areas.*

    1. Off-street waiting spaces shall be a minimum of nine (9) feet wide and twenty (20) feet long.

    2. *Facilities with drive-thru services.* Three (3) off-street waiting spaces shall be provided for each service window on the same premises with every structure, or part thereof, erected and used for serving customers in automobiles by means of a service window or similar arrangement where the automobile engine is not turned off.

    3. *Car washes.* Self-service car washes shall provide two (2) off-street waiting spaces for each washing stall. Car washes other than self-service shall provide three (3) waiting spaces for each washing stall. A drying lane fifty (50) feet long shall also be provided at the exit of each washing stall in order to prevent undue amounts of water from collecting on the public street and thereby creating a traffic hazard.

    4. *Day care and adult day care facilities.* A minimum of two (2) off-street waiting spaces shall be provided for each facility.

- E. *Drainage And Maintenance.*

    1. Off-street parking facilities shall be drained to eliminate standing water and prevent damage to abutting property and/or public streets and alleys.

    2. No surface water from such parking area shall be permitted to drain onto adjoining private property.

    3. Off-street parking areas shall be maintained in a clean, orderly and dust-free condition at the expense of the owner or lessee and not used for the sale, repair or dismantling or servicing of any vehicles, equipment, materials or supplies.

- F. *Parking Lot Lighting.*

    1. For parking lots with ten (10) or more parking spaces, lighting shall be provided for all off-street parking. For parking lots with less than ten (10) spaces, lighting of the parking lot shall be required only if the facility is to be used at night.

    2. Lighting to be used must provide not less than one-fourth (0.25) foot-candles (horizontal illumination) over the parking lot including the parking spaces and access aisles. A minimum of one-half (0.50) foot-candles must be provided at driveway approaches. An iso-foot-candle diagram will be required to verify proper illumination levels are provided on each site.

    3. Lighting shall be directed away from surrounding properties and shall be installed to minimize glare.

- G. *Means Of Ingress And Egress.*

1. For parking facilities permitting two-way traffic, the entrance and exit driveways shall be at least twenty-five (25) feet in width, as measured at the property line.

2. For parking facilities accommodating one-way traffic only, the entrance and exit driveways shall be at least fifteen (15) feet in width, as measured at the property line.

H. *Parking Wells.*

1. Parallel parking wells located along public streets shall comply with all of the requirements, except for those on maximum length, given for curb cuts and driveways. Parallel parking wells shall be a minimum of ten (10) feet in width and twenty-two (22) feet in length, except parallel parking wells in the "FHCD" Frenchtown Historic Commercial District shall be a minimum of eight (8) feet in width and twenty (20) feet in length. A row of parallel parking wells shall have a minimum ten (10) foot taper at each end. Parallel parking wells shall not be used to satisfy the off-street parking requirements of these regulations except for properties in the "FHCD" Frenchtown Historic Commercial District as provided in Section 400.290. **[Ord. No. 21-055, 3-16-2021]**

2. Perpendicular and angular parking wells shall not be permitted along public streets. Perpendicular and angular parking wells located along private streets are under the authority of the City Engineer or designee. (See Figure 9.)

**Figure 9**

**Parking Well**

(Example only)



I. *Encroachment And Protective Barriers.* Off-street parking spaces and access aisles shall not be located closer than two (2) feet to a street right-of-way. When a parking space or access aisle is located within two (2) to four (4) feet of a street right-of-way line, a barrier shall be placed along the edge of the parking space or access aisle for

the purpose of preventing automobile encroachment onto the street right-of-way. The barrier may be a fence, a wall or a vertical concrete curb measuring six (6) inches in height.

J. *Parking Lot Landscaping.*

  1. *General landscaping requirements.*

     a. Landscaped areas shall not be used for any off-street parking and may be penetrated only by drives required to provide access to the commercial lot.

     b. Trees shall be at least two and one-half (2½) inch caliper deciduous shade trees. Shrubs shall be planted initially eighteen (18) inches tall and maintained to a maximum of three and one-half (3½) feet in height. All species are to be Missouri hardy within the specified microclimate area.

     c. Where quality woodland exists, existing growth shall be preserved between the right-of-way and the parking lot and on the interior, exclusive of space required for sidewalks.

     d. With the exception of preserved quality woodland areas left in the natural state, required ground cover may be accomplished with mulch, sod, rock, stones or ground cover plant species.

     e. All plants are required to receive periodic maintenance to ensure good health and appearance including replacement of diseased or dead species. All other ground cover is to receive periodic maintenance to ensure good appearance.

  2. *Perimeters adjacent to public rights-of-way.* When a parking lot is located adjacent to any public right-of-way, except an alley, the following guidelines shall be used to landscape the public right-of-way frontage of the parking lot:

     a. Provide a fifteen (15) foot landscaped area from the right-of-way line, exclusive of space required for sidewalks, to be planted with shade trees with a minimum of one (1) tree for every fifty (50) feet of frontage or fraction thereof and a minimum of one (1) shrub for every five (5) feet of lot perimeter or fraction thereof. Shade trees are not required to be planted fifty (50) feet on center and shrubs are not required to be planted five (5) feet on center, but may be clustered to provide an enhanced site landscaped appearance.

     b. In lieu of the provisions in Subsection (J)(2)(a), a two and one-half (2½) foot high earthen berm may be constructed with slopes not to exceed a grade of twenty-five percent (25%) for lawn or turf areas, within a minimum width area of twenty-five (25) feet, exclusive of space required for sidewalks. Berms planted with ground cover and shrubs can be steeper, but shall not exceed a grade of fifty percent (50%). Shade trees are required with a minimum of one (1) tree for every fifty (50) feet of

:5

        frontage or fraction thereof in all berm design alternatives.

    c. *Exceptions.* **[Ord. No. 21-055, 3-16-2021]**

        (1) In the "HDD" (Historic Downtown District) and "CBD" (Central Business District), no landscaping of the perimeter of a parking lot adjacent to an alley shall be required.

        (2) In the "FHCD" (Frenchtown Historic Commercial District), no landscaping of the perimeter of a parking lot adjacent to an alley shall be required, and all other required perimeter landscape areas shall be five (5) feet from the right-of-way line.

3. *Perimeters not adjacent to public rights-of-way.* Along the perimeter of the parking lot, other than along a public right-of-way (but including alley frontages), the following guidelines shall apply:

    a. Provide a minimum of a five (5) foot wide landscaped area around the perimeter of the parking lot planted with shade trees and low growing shrubs.

    b. Provide a minimum of one (1) shade tree for every fifty (50) feet of lot perimeter or fraction thereof. Shade trees are not required to be planted fifty (50) feet on center.

    c. Provide a minimum of one (1) shrub for every five (5) feet of lot perimeter or fraction thereof. Shrubs are not required to be planted five (5) feet on center, but may be clustered to provide an enhanced site landscaped appearance.

    d. Exceptions. **[Ord. No. 18-258, 11-20-2018; Ord. No. 21-055, 3-16-2021]**

        (1) In the "HDD" (Historic Downtown District), "CBD" (Central Business District), and "FHCD" (Frenchtown Historic Commercial District), no landscaping of the perimeter of a parking lot adjacent to an alley shall be required.

        (2) For purposes of this Subsection (J)(3), the term "parking lot" shall not include outdoor paved storage areas of industrial areas only. Storage areas shall include, but not be limited to, boat storage, trailer storage, motor vehicle storage, equipment storage.

4. *Interior landscaping.* Parking lots with twenty (20) or more spaces shall also have interior landscaping to the following specifications: For the interior of the parking lot, which excludes required landscape areas along rights-of-way alleys and perimeter areas, five percent (5%) of the area of each parking space shall be calculated to determine the required area for parking lot landscaping. A minimum of one (1) shade tree shall be provided for every fifteen (15) parking spaces or fraction thereof. One (1) or more of the following

alternatives shall be used to landscape the parking lot:

    a.    A continuous or interrupted raised landscape strip or island, consisting of shade trees, shrubs and ground cover, with a minimum width of five (5) feet, between rows or parking spaces.

    b.    Raised landscaped islands of no less than one hundred (100) square feet and not more than two hundred (200) square feet, with a minimum width of nine (9) feet, to be located throughout the lot so as to meet the objectives of this Subsection and planted with shade trees, shrubs and ground cover.

    c.    Raised landscaped islands of no less than nine (9) feet in width and twenty (20) feet in length, to be located at the end of or in between rows of parking spaces and to be planted with shade trees, shrubs and ground cover.

5. *"GPRS" bonus.*

*All tiers.* The total number of required shrubs and trees for parking lot perimeter and interior landscape areas shall be reduced by twenty-five percent (25%).

Additionally rain gardens may be permitted in lieu of perimeter and interior landscaped areas with approval of the Planning and Zoning Commission.

K.   *Curbing.* All parking areas shall be curbed with an integral six (6) inches of Portland cement concrete vertical curbing, unless otherwise approved by the Planning and Zoning Commission.