

# DEPARTMENT OF COMMUNITY DEVELOPMENT

200 North Second Street
Saint Charles, MO 63301
636-949-3227  FAX 636-949-3557

## ZONING TEXT AMENDMENT APPLICATION

CASE # (assigned by Staff): _____     APPLICATION DATE: 7-15-2020

TEXT AMENDMENT INITIATED BY:

___ CITY COUNCIL (ATTACH RECORD OF VOTE)

___ PLANNING AND ZONING COMMISSION (ATTACH RECORD OF VOTE)

___ PROPERTY OWNER OR PROPERTY OWNER'S REPRESENTATIVE

DESCRIPTION OF AMENDMENT: To allow conditional use for outdoor storage

REASON FOR AMENDMENT: To allow "On Wheels Storage" to expand their current outdoor storage facility located at 3910 Elm Point Rd., St. Charles, Mo. 63301

ZONING ORDINANCE ARTICLE/SECTION TO WHICH REQUEST APPLIES: _____

PROPERTY OWNER OF RECORD (IF APPLICABLE):

(Name) Meyer Investment Company, Inc.

(Address) 3910 Elm Point Rd., St. Charles, Mo. 63301

(Phone No.) 314.575.1440     Fax No. _____

Exhibit 5

**APPLICANT:**

(Name) Meyer Investment Company, Inc.

(Address) 3910 Elm Point Road St. Charles, Mo 63301

(Phone No.) 314-575-1440  Fax No.

(E-mail) GREGMEYER@SCHAEFERMEYER.COM

I (We), the undersigned, as legal owner(s) of the above described property, file this application for a zoning text amendment. If the undersigned is not the legal owner, attached is an affidavit of the legal owner(s) authorizing the filing. To the best of my knowledge, the above statements and the statements contained in all of the attached exhibits transmitted herewith are true.

Signature of applicant: _____  Date: 7-15-2020

Owner's signature authorizing application: _____  Date: 7-15-2020

| FOR OFFICE USE ONLY |
|---|
| PLANNING AND ZONING MEETING/PUBLIC HEARING DATE: |
| CITY COUNCIL MEETING/PUBLIC HEARING DATE: |

**Application Fee: None**