

# DEPARTMENT OF COMMUNITY DEVELOPMENT

200 North Second Street, Suite 303
Saint Charles, MO 63301
636-949-3227
FAX 636-949-3557

## APPLICATION FOR FILING AN APPEAL TO THE BOARD OF ADJUSTMENT

CASE # (assigned by Staff): _____    DATE FILED: 7-15-2020

ADDRESS OF PROPERTY: 3971 Huster Road

PROPERTY OWNER:

Meyer Investment Company, Inc.
(Name)

3910 Elm Point Rd. St. Charles Mo. 63301   314.575.1440
(Address / Phone / Fax)

APPLICANT:

Meyer Investment Company, Inc.
(Name)

3910 Elm Point Rd. St. Charles Mo. 63301   314.575.1440
(Address / Phone / Fax)

gregmeyer@schaefermeyer.com
(Email Address **REQUIRED**)

ZONING INFORMATION:

Legal Description: (must be attached)

Present zoning: I-1 Light Industrial

Current use: Schaefer-Meyer's sod farm operations

Proposal: To expand "On Wheels Storage LLC" current outdoor storage facility located at 3910 Elm Point Rd, St. Charles Mo. to have additional spaces to rent at 3971 Huster Road location

Ordinance or Section number from which the variance is being requested: 400.700 A (requesting rock variance)

Exhibit 6

The following are the criteria that the Board of Adjustment must consider when hearing an appeal to the zoning ordinance. Please address the following criteria in relation to your request:

1. Size of the Variance. The relationship of the requested variance to the requirements of the applicable zoning regulations, i.e. a five-foot variance is substantial if the required setback is seven feet, it is not as substantial if the required setback is 100 feet.

> 18.70 ACRES
>
> SEE ATTACHED PROPERTY DESCRIPTION DATED MARCH 25, 2020

2. Effect on Government Services. The effect of the requested variance on population, density and available government facilities such as water, fire and police protection, and sanitary services.

> THE VARIANCE WOULD HAVE A POSITIVE EFFECT ON ALL GOVERNMENT SERVICES. THEY WOULD HAVE EASY ACCESS FOR ANY EMERGENCY AND A FIRM ROCK BASE TO DRIVE ON.

3. Effect on the Neighbors or Neighborhood. The effect of the requested variance on adjoining properties or on the character of the neighborhood generally.

> THERE WOULD BE NO NEGATIVE EFFECTS. WE ARE BEHIND WESTERN READY MIX COMPANY AND WESTHUES CONST. COMPANY WITH FARM FIELDS TO THE SOUTH AND COLE CREEK TO THE NORTH.

4. Alternatives to a variance. The existence of a feasible alternative to the applicant=s proposal or other means of alleviating the hardship.

> PAVE THE LOT IN ASPHALT OR CONCRETE WOULD BE COST PROHIBITED AND CREATE A HARDSHIP TO COMPETE WITH OTHER STORAGE FACILITIES WITH ROCK LOTS IN THE AREA

5. Justice. The granting of the variance is a just action. The cause of the difficulty - the hardship should be unique to the land rather than to the applicant and should be related to the topography, configuration of the lot, or other characteristics of the land. The applicant or economic conditions should not be the cause of the difficulty:

> WE ARE BEHIND WESTERN READY MIX AND WESTHUES CONST. BOTH OF THEIR FACILITIES CURRENTLY HAVE ONLY ROCK PARKING LOTS FOR THEIR EQUIPMENT AND CUSTOMERS. THIS VARIANCE WOULD ALLOW US TO TIE INTO WHAT ALREADY EXISTS AND MAINTAIN THE CURRENT AESTHETICS OF BUSINESSES IN THAT AREA.

**One (1) copy** of the following shall be submitted when filing for an appeal to the Board of Adjustment. **Digital submittal of application preferred via BOA@stcharlescitymo.gov. Directions for digital submittal are attached.**

1. A complete application. Please answer every question as completely as possible. **INCOMPLETE APPLICATIONS WILL NOT BE ACCEPTED.**

2. A complete site plan of the property and all structures located on the property. Including but not limited to:

    a. The actual shape and dimension of the lot.

    b. Any existing or proposed building, accessory building, and their locations upon the lot.

    c. Any existing or proposed parking spaces, driveway entrances and exits, street, alleys, creeks, etc.

    d. The existing and intended use of each building or part of a building.

    e. Photos of existing structures.

    f. Any other information with regard to the lot and neighboring lots as may be necessary.

    * Depending on the specifics of the case, the applicant (s) may be required to submit further information deemed necessary.

3. Signature by the legal owner or an attached affidavit by the legal owner authorizing the Board of Adjustment action.

I (We), the undersigned, file this petition for a Board of Adjustment action and authorize the Department of Community Development to post the above described property with a notice describing the action applied for and the date of the public hearing on such action, I (We) also understand that property owners within three hundred (300) feet of the petitioned property will be notified by letter of the requested action by the Department of Community Development.

Applicants wishing to have a transcript of their hearing must contact the Department of Community Development and request the transcript within 20 days following the appeal. The applicant will be responsible for paying for the expense of the transcript. Transcripts will not be available beyond the 30 days following the date of the appeal.

The above statements and the statements contained in all of the attached exhibits transmitted herewith are true, to the best of my knowledge.

Signature of the applicant: _____   Date: 7-15-2020

Signature of the property owner: _____   Date: 7-15-2020

**NOTE: APPLICANTS ARE REQUIRED TO ATTEND THE ASSIGNED HEARING.**

Application fee for 1st variance: $150.00
Application fee for additional variance on same property: $50.00
Existing duplex unit or existing single family home: $50.00