**PLANNING AND ZONING COMMISSION - MINUTES**
September 28, 2020
City Hall – Council Chambers
200 N Second St., 4th Floor
St. Charles, MO 63301

**MEMBERS PRESENT:**
Lindsey Devereux, Chair
Steve Hollander, Vice-Chair
Mary Ann Ohms, City Council Liaison
Keith Hazelwood
Julie Bartch
Mayor Dan Borgmeyer
Missy Palitzsch
Derek Kessler

**STAFF PRESENT**
John Boyer, Planning Manager
Andrew Stanislav, Planner
Bruce Evans, Director of Community Development
Darin Lang, Recording Secretary
Dan Mann, Engineering

**MEMBERS ABSENT:**
Cort Schneider

The regular meeting of the St. Charles Planning and Zoning Commission was held on Monday, September 24th 2020 at 6:30 p.m. on the fourth floor of City Hall in the Council Chambers.

1. Call to order and call the roll.

*The meeting was called to order by chairperson, Lindsey Devereux at 6:30 p.m. Those in attendance are noted above.*

2. Approve the minutes of the August 24th, 2020 Planning and Zoning Commission regular meeting.

*Mayor Borgmeyer made a motion to approve the minutes. Missy Palitzsch seconded the motion. All were in favor with Julie Bartch abstaining. The minutes were approved as submitted.*

### *PUBLIC HEARING: Rezoning*

3. Case No. Z-2020-13. (Precision Plumbing Solutions – Crystal Moss) An application to rezone upon annexation an approximately 0.86 acre tract of land, known as 1101 Hemsath Road, from St. Charles County R1E Single-Family Residential District to City of St. Charles R-1E Single-Family Residential District. The property will be located in Ward 5 upon annexation.

*The applicant, Jesse Ray, addressed the Commission. The public hearing opened without anyone coming forward to address the Commission. Mary Ann Ohms made a motion to close the public hearing. Derek Kessler seconded the motion. All were in favor. The public hearing closed. Mary Ann Ohms made a motion to approve the Rezoning. Steve Hollander seconded the motion. Upon a roll call vote, all were in favor. The Rezoning will be forwarded, with a favorable recommendation, to the City Council at the October 6th, 2020 meeting.*

**Exhibit 7**

### PUBLIC HEARING: Text Amendment

4. Case No. TA-2020-11. (Meyer Investment Company, Inc. – Greg Meyer) An application to amend Chapter 400 of the Code of Ordinances by amending §400.320 WHP Wellhead Protection District, specifically to add outdoor storage as an available conditional use.

*The applicant, Greg Meyer, addressed the Commission. Dan Mann, from the Engineering Department, also addressed the Commission. The public hearing opened with Ward 2 Councilmember, Tom Besselman, addressing the Commission. Derek Kessler made a motion to close the public hearing. Mary Ann Ohms seconded the motion. All were in favor. The public hearing closed. Steve Hollander made a motion to approve the Text Amendment as submitted by the applicant:*

1. Motion to forward a recommendation of approval to the City Council for a text amendment to amend Chapter 400 of the Code of Ordinances by amending §400.320 WHP Wellhead Protection District, specifically to add outdoor storage as an available conditional use as proposed by the applicant (staff recommends against this motion; however, the motion must be in the positive).

*Julie Bartch seconded the motion. Upon a roll call vote, Steve Hollander, Mayor Borgmeyer, Julie Bartch and Derek Kessler were in favor. Mary Ann Ohms, Missy Palitzsch, Keith Hazelwood and Lindsey Devereux were opposed. The motion will be forwarded with a recommendation for denial to the City Council at the October 6th, 2020 meeting. Mary Ann Ohms made a motion to approve the Text Amendment as recommended by staff:*

1. Motion to forward a recommendation of approval to the City Council for a text amendment to amend Chapter 400 of the Code of Ordinances by amending §400.320 WHP Wellhead Protection District, specifically to add outdoor storage as an available conditional use as amended by City Staff (alternative motion is deemed appropriate by the Planning and Zoning Commission).

*Keith Hazelwood seconded the motion. Upon a roll call vote, Mary Ann Ohms, Julie Bartch, Missy Palitzsch, Keith Hazelwood, and Lindsey Devereux were in favor. Mayor Borgmeyer, Derek Kessler and Steve Hollander were opposed. The motion will be forwarded, with a recommendation of approval, to the City Council at the October 6th, 2020 meeting.*

### PUBLIC HEARING: Text Amendment

5. Case No. TA-2020-12. (City of St. Charles) An application to amend Chapter 400 of the Code of Ordinances by amending §400.290 FHCD Frenchtown Historic Commercial District, specifically to add design standards for the use of shipping containers. **REQUEST TO TABLE**
**THE TEXT AMENDMENT WAS TABLED (8 IN FAVOR, 0 OPPOSED) AT THE REQUEST OF THE CITY UNTIL THE OCTOBER 26TH, 2020 PLANNING AND ZONING COMMISSION MEETING.**

*Derek Kessler made a motion to table the Text Amendment, as requested. Missy Palitzsch seconded the motion. All were in favor. The Text Amendment was tabled.*

### Adjourn
Steve Hollander made a motion to adjourn the meeting. Derek Kessler seconded the motion. All were in favor. The meeting adjourned at 7:46 p.m. The next scheduled meeting is October 26th, 2020.

_____                              _____
SECRETARY                                                                                                    DATE