RECORD OF THE COUNCIL OF THE CITY OF SAINT CHARLES, MISSOURI
October 6, 2020

The City Council convened in a Regular City Council Meeting on Tuesday, October 6, 2020, at 7:50 p.m. in the Council Chambers on the fourth floor of City Hall, 200 North Second Street, with President of the Council Bridget Ohmes, presiding, and the Honorable Mayor Daniel J. Borgmeyer and Members of the Council present as follows: Tom Besselman, Michael Flandermeyer, Michael Galba, Denise Mitchell, Mary Ann Ohms, Vince Ratchford and Mary West. Absent: Bart Haberstroh and Jerry Reese. City Clerk Laura Whitehead was present and performed the duties of that office.

File #48977

A motion was made by VINCE RATCHFORD to suspend the application of Code Section 115.405.D.1 pertaining to remote participation in tonight's council meeting. MICHAEL GALBA seconded the motion. A roll call vote was taken with the following results: "Aye": Flandermeyer, Galba, Mitchell, Ohmes, Ohms, Ratchford, West and Besselman. "Nay": None. Absent: Reese and Haberstroh. Motion passed.

A motion was made by VINCE RATCHFORD to allow Councilmember Haberstroh to participate remotely in tonight's council meeting. MICHAEL GALBA seconded the motion. A roll call vote was taken with the following results: "Aye": Galba, Mitchell, Ohmes, Ohms, Ratchford, West, Besselman and Flandermeyer. "Nay": None. Absent: Reese and Haberstroh. Motion passed.

A roll call was taken calling Mr. Haberstroh's name only. Mr. Haberstroh participated via remote.

The meeting was opened with the Invocation, those present standing in a moment of silence, followed by the Pledge of Allegiance to the Flag.

Exhibit 8

RECORD OF THE COUNCIL OF THE CITY OF SAINT CHARLES, MISSOURI
October 6, 2020

PUBLIC HEARING

The President of the Council Bridget Ohmes announced that the Public Hearing would now be held. At the conclusion of the hearing, the Regular Session continued with the order of business:

A. Case No. Z-2020-13. (Precision Plumbing Solutions – Crystal Moss) An application to rezone upon annexation an approximately 0.86 acre tract of land, known as 1101 Hemsath Road, from St. Charles County R1E Single-Family Residential District to City of St. Charles R-1E Single-Family Residential District. The property will be located in Ward 5 upon annexation. *(Council Bill 13158)*

B. Case No. TA-2020-11. (Meyer Investment Company, Inc. – Greg Meyer) An application to amend Chapter 400 of the Code of Ordinances by amending §400.320 WHP Wellhead Protection District, specifically to add outdoor storage as an available conditional use. *(Council Bill 13154 & 13155)*

C. Case No. TA-2020-12. (City of St. Charles) An application to amend Chapter 400 of the Code of Ordinances by amending §400.290 FHCD Frenchtown Historic Commercial District, specifically to add design standards for the use of shipping containers. *(This item was tabled until the October 26, 2020 Planning & Zoning Commission Meeting. To be Held to the November 3, 2020 Regular City Council meeting) (RCA Attached)*

D. Case No. PDA-2020-02. (Kurtz Phase 6 Dev, LLC) An application for an amendment to the adopted Preliminary Development Plan for River Breeze Estates development, specifically allow 110 lots in lieu of the previously approved 107 lots. The subject property's address is 3445 North Hwy 94 and is 35.3acres and is zoned PD-R Planned District-Residential District (Ward 1). *(Council Bill 13162)*

E. Case No. LL-2020-14, Approval of Liquor License for Christopher Honstain d/b/a Recess STL, LLC located at 800 S. Duchesne Drive *(Ward 9)*

RECORD OF THE COUNCIL OF THE CITY OF SAINT CHARLES, MISSOURI
October 6, 2020

F.  <u>Case No. LL-2020-15</u>,  Approval of Liquor License for Satnam Singh d/b/a Elm Street Wine & Spirits located at 2303 Elm Street *(Ward 9)*

A motion was made by BRIDGET OHMES to advance to Resolution agenda item 8.A.  VINCE RATCHFORD seconded the motion.  All voted in favor, motion passed.

<u>RESOLUTION</u>

8.A.  A RESOLUTION OF THE CITY OF ST. CHARLES, MISSOURI AUTHORIZING THE MAYOR TO EXECUTE A MEMORANDUM OF UNDERSTANDING AMONG THE CITY OF ST. CHARLES, MISSOURI, ORCHARD FARM SCHOOL DISTRICT, AND DIGICAN PRINTING, LLC REGARDING CHAPTER 100 OF THE REVISED STATUTES OF MISSOURI TAX ABATEMENT *(SPONSORS: MICHAEL GALBA AND BRIDGET OHMES)*

**Passed**   "Aye":   Ratchford, West, Besselman, Flandermeyer, Galba, Haberstroh, Mitchell, Ohmes and Ohms
             "Nay":   None
             Absent:  Reese

*Approved* by the Honorable Mayor on October 8, 2020 and is known as **Resolution R20-044**

Interim Director of Economic Development Mike Klinghammer introduced team members of Digican Printing, LLC.  Team member Becky Tipton thanked Mayor Dan and Members of Council for their support of this project.

<u>REPORT OF THE MAYOR</u>
  <u>Presentation on Frenchtown Vision</u>
Mayor Borgmeyer requested to hold this item.

RECORD OF THE COUNCIL OF THE CITY OF SAINT CHARLES, MISSOURI
October 6, 2020

Appointments to Boards/Commissions/Committees

A motion was made by DENISE MITCHELL to approve the following appointments:

Convention Center Oversight Committee

- The appointment of Councilmember Mary West, to serve a 1-year term ending September, 2021.
- The appointment of Councilmember Jerry Reese, to serve a 1-year term ending September, 2021.
- The appointment of Councilmember Bart Haberstroh, to serve a 1-year term ending September, 2021.
- The appointment of Councilmember Vince Ratchford, to serve a 1-year term ending September, 2021.

Veterans Commission

- The appointment of William "Bill" Gaines to fill a vacant position, and to serve a 3-year term ending October 6, 2023.

MARY ANN OHMES seconded the motion. A roll call vote was taken with the following results: "Aye": West, Besselman, Flandermeyer, Galba, Haberstroh, Mitchell, Ohmes, Ohms and Ratchford. "Nay": None. Absent: Reese. Motion passed.
File #48975

Written and/or Verbal Messages from Mayor Daniel J. Borgmeyer

Mayor Borgmeyer provided a brief update on the Homeless Task Force Program. Mayor Borgmeyer also announced there was to be a presentation on an Entertainment District; however, this is being deferred to the next council meeting.

RECORD OF THE COUNCIL OF THE CITY OF SAINT CHARLES, MISSOURI
October 6, 2020

ANNOUNCEMENTS FROM COUNCILMEMBERS

Update from Council Liaisons on Board/Commission/Committee Activities

Councilmember Denise Mitchell provided a brief update on the Parks Board meeting regarding development of the 200 acres with Orchard Farm School District and the Boschert Greenway. Ms. Mitchell provided a brief update of the Landmarks Board 2020 Preservation Awards which is being held at the October 20th Regular Council Meeting.

Councilmember Tom Besselman stated the Prop 1 video is very informative and thanked Director Beth Norviel and her staff for producing the video.

Council President Bridget Ohmes thanked the Members of Council for attending the Retreat last week. Ms. Ohmes announced the next St. Charles County Municipal League Meeting is being held on Tuesday, October 27 and all Members of Council are welcome to attend.

PUBLIC COMMENT

Roman Buddemeyer, 837 First Capitol Drive, St. Charles, Missouri, spoke in opposition to Council Bill 13149 and requested to keep City Hall downtown.

Laura Buddemeyer, 837 First Capitol Drive, St. Charles, Missouri, spoke in opposition to Council Bill 13149 and moving City Hall from its current location.

Holly Reimer, 401 South Duchesne, St. Charles, Missouri, announced she is here to make comments on the final vote of Council Bill 13146, the golf cart bill.

Venetia McEntire, 1014 South Main Street, St. Charles, Missouri, spoke in opposition to Council Bill 13149.

RECORD OF THE COUNCIL OF THE CITY OF SAINT CHARLES, MISSOURI
October 6, 2020

Council President Bridget Ohmes reported Councilmember Jerry Reese and co-sponsor of Council Bill 13149 asked that Council Bill 13149 be held this evening due to his absence.

A motion was made by BRIDGET OHMES to hold Council Bill 13149. VINCE RATCHFORD seconded the motion. A roll call vote was taken with the following results: "Aye": Galba, Haberstroh, Ohmes, Ohms, Ratchford and West. "Nay": Besselman, Flandermeyer and Mitchell. Absent: Reese. Motion passed.

RESOLUTIONS

B. A RESOLUTION DECLARING ONE (1) BACKUP GENERATOR ASSIGNED TO THE POLICE DEPARTMENT AS SURPLUS PROPERTY AND AUTHORIZING THE DISPOSAL THEREOF BY ON-LINE AUCTION SERVICE GOVDEALS *(SPONSORS: JERRY REESE, DENISE MITCHELL AND MARY WEST)*

*Passed*   "Aye":   West, Besselman, Flandermeyer, Galba, Haberstroh, Mitchell, Ohmes, Ohms and Ratchford
          "Nay":   None
          Absent:  Reese

*Approved* by the Honorable Mayor on October 8, 2020 and is known as **Resolution R20-045**

BILLS FOR FINAL PASSAGE

**Bill 13146** *(Proposed Substitute Bill No. 1) Held*
AN ORDINANCE ENACTING A NEW ARTICLE TO CHAPTER 365 OF THE CODE OF ORDINANCES TO BE KNOWN AS ARTICLE V PERTAINING TO THE OPERATION OF GOLF CARTS ON PUBLIC STREETS *(SPONSOR: MICHAEL GALBA)*

A motion was made by MICHAEL GALBA to amend Section 365.230B of Council Bill 13146 to delete $250.00 and add $225.00, inclusive of court costs, as outlined in the Proposed Substitute Bill Number 1. MARY ANN OHMS seconded the motion. A roll call vote was taken

RECORD OF THE COUNCIL OF THE CITY OF SAINT CHARLES, MISSOURI
October 6, 2020

with the following results: "Aye": Flandermeyer, Galba, Haberstroh, Mitchell, Ohmes, Ohms, Ratchford, West and Besselman. "Nay": None. Absent: Reese. Motion passed.

City Clerk Whitehead announced this bill needs to layover until the October 20, 2020 Regular City Council Meeting.

**Bill 13147**

AN ORDINANCE AUTHORIZING THE SECOND AMENDMENT TO THE DEVELOPMENT FINANCE AGREEMENT FOR THE NEW TOWN GATEWAY NEIGHBORHOOD IMPROVEMENT DISTRICT AND GRANTING CONTINUING AUTHORITY TO EXECUTE DOCUMENTS NECESSARY TO CARRY OUT THE INTENT OF THIS ORDINANCE *(SPONSOR: MARY ANN OHMS)*

*Passed*    "Aye":    Galba, Haberstroh, Mitchell, Ohmes, Ohms, Ratchford, West, Besselman and Flandermeyer

"Nay":    None

Absent:    Reese

*Approved* by the Honorable Mayor on October 8, 2020 and is known as **Ordinance 20-139**

**Bill 13148**

AN ORDINANCE AMENDING ORDINANCE NUMBER 19-256 BY AMENDING CERTAIN REVENUE, EXPENDITURE, AND FUND BALANCE ACCOUNTS FOR THE BUDGET FOR THE FISCAL YEAR 2020 (BUDGET AMENDMENT #11) *(SPONSOR: BRIDGET OHMES)*

*Passed*    "Aye":    Galba, Haberstroh, Mitchell, Ohmes, Ohms, Ratchford, West, Besselman and Flandermeyer

"Nay":    None

Absent:    Reese

*Approved* by the Honorable Mayor on October 8, 2020 and is known as **Ordinance 20-140**

RECORD OF THE COUNCIL OF THE CITY OF SAINT CHARLES, MISSOURI
October 6, 2020

**Bill 13149 - HELD**

AN ORDINANCE APPROVING THE PURCHASE OF PROPERTY LOCATED AT 400 FOUNTAIN LAKES BOULEVARD FOR $6,000,000 AND CLOSING COSTS NOT TO EXCEED $50,000 FOR A TOTAL AMOUNT NOT TO EXCEED $6,050,000 AND GRANTING CONTINUING AUTHORITY TO EXECUTE DOCUMENTS NECESSARY TO CARRY OUT THE INTENT OF THIS ORDINANCE *(SPONSORS: BRIDGET OHMES AND JERRY REESE)*

**Bill 13150**

AN ORDINANCE AUTHORIZING A FINANCIAL ASSISTANCE SUB-AWARD AGREEMENT BETWEEN EAST-WEST GATEWAY COUNCIL OF GOVERNMENTS AND THE CITY OF ST. CHARLES TO RECEIVE FUNDING FOR THE URBAN AREA SECURITY INITIATIVE EQUIPMENT SUSTAINMENT *(SPONSOR: JERRY REESE)*

*Passed*   "Aye":    Galba, Haberstroh, Mitchell, Ohmes, Ohms, Ratchford, West, Besselman and Flandermeyer
          "Nay":    None
          Absent:   Reese

*Approved* by the Honorable Mayor on October 8, 2020 and is known as **Ordinance 20-141**

**Bill 13151**

AN ORDINANCE AMENDING CODE OF ORDINANCES SECTION 365.030 PERTAINING TO RIDING A SCOOTER, SKATEBOARD OR SKATES *(SPONSORS: BART HABERSTROH AND BRIDGET OHMES)*

*Passed*   "Aye":    Galba, Haberstroh, Mitchell, Ohmes, Ohms, Ratchford, West, Besselman and Flandermeyer
          "Nay":    None
          Absent:   Reese

RECORD OF THE COUNCIL OF THE CITY OF SAINT CHARLES, MISSOURI
October 6, 2020

*Approved* by the Honorable Mayor on October 8, 2020 and is known as **Ordinance 20-142**

BILLS FOR INTRODUCTION

The following council bills were introduced:

**Bill 13152**

AN ORDINANCE AMENDING SECTION 100.150 OF THE CODE OF ORDINANCES PERTAINING TO PENALTIES AND ENACTING TWO NEW SECTIONS PERTAINING TO EQUITABLE RELIEF AND RESTRICTIONS ON DELINQUENT APPLICANTS *(SPONSOR: BRIDGET OHMES)*

**Bill 13153**

AN ORDINANCE AUTHORIZING THE PURCHASE OF PROPERTY LOCATED AT 1115 NORTH SECOND STREET FOR $295,000 AND CLOSING COSTS NOT TO EXCEED $4,000 FOR A TOTAL AMOUNT NOT TO EXCEED $299,000 AND GRANTING CONTINUING AUTHORITY TO EXECUTE DOCUMENTS NECESSARY TO CARRY OUT THE INTENT OF THIS ORDINANCE *(SPONSOR: MARY ANN OHMS)*

**Bill 13154**

AN ORDINANCE AMENDING SECTION 400.320 OF THE CODE OF ORDINANCES PERTAINING TO CONDITIONAL USES IN THE WELLHEAD PROTECTION DISTRICT *(SPONSORS: BRIDGET OHMES, MICHAEL GALBA AND JERRY REESE)*

**Bill 13155**

AN ORDINANCE AMENDING SECTION 400.320 OF THE CODE OF ORDINANCES PERTAINING TO CONDITIONAL USES IN THE WELLHEAD

PROTECTION DISTRICT *(SPONSORS: BRIDGET OHMES, MICHAEL GALBA AND JERRY REESE)*

**Bill 13156**

AN ORDINANCE APPROVING A PROGRAM-FUNDED STATE AND LOCAL TASK FORCE AGREEMENT BETWEEN THE UNITED STATES DEPARTMENT OF JUSTICE, DRUG ENFORCEMENT ADMINISTRATION, AND THE CITY OF ST. CHARLES, MISSOURI TO PARTICIPATE IN THE ST. LOUIS FIELD DIVISION TASK FORCE PROGRAM FOR THE PERIOD OCTOBER 1, 2020 THROUGH SEPTEMBER 30, 2021 AND AUTHORIZING THE MAYOR TO EXECUTE THE AGREEMENTS *(SPONSORS: JERRY REESE, DENISE MITCHELL AND MARY WEST)*

**Bill 13157**

AN ORDINANCE ANNEXING CERTAIN ADJACENT CONTIGUOUS LAND INTO THE CITY OF SAINT CHARLES, MISSOURI, AND ASSIGNING THE LAND TO A DESIGNATED WARD OF THE CITY BEING PETITIONED FOR ANNEXATION BY JESSE RAY PRECISION PROPERTY SOLUTIONS AN APPROXIMATE 0.86 ACRE TRACT OF LAND WITH AN ADDRESS OF 1101 HEMSATH ROAD *(SPONSOR: DENISE MITCHELL)*

**Bill 13158**

AN ORDINANCE REZONING TO CITY ZONING DISTRICT R-1E (SINGLE FAMILY RESIDENTIAL DISTRICT) FROM COUNTY ZONING DISTRICT R-1E (SINGLE FAMILY RESIDENTIAL DISTRICT) AN APPROXIMATE .86 ACRE TRACT OF LAND WITH AN ADDRESS OF 1101 HEMSATH ROAD *(SPONSOR: DENISE MITCHELL)*

RECORD OF THE COUNCIL OF THE CITY OF SAINT CHARLES, MISSOURI
October 6, 2020

**Bill 13159**

AN ORDINANCE APPROVING THE RECORD PLAT FOR FOUNTAIN LAKES COMMERCE CENTER PLAT TWO RESUBDIVISION OF ADJUSTED LOT 11, A SUBDIVISION OF THE CITY OF SAINT CHARLES, MISSOURI *(SPONSOR: MICHAEL GALBA)*

**Bill 13160**

AN ORDINANCE FINDING AND DECLARING THE ACQUISITION OF CERTAIN LAND AND REAL PROPERTY INTERESTS FOR THE BRIDAL SPUR CULVERT REPLACEMENT PROJECT IS NECESSARY FOR MUNICIPAL PURPOSES AND AUTHORIZING ACQUISITION OF SAID LAND AND REAL PROPERTY INTERESTS *(SPONSORS: DENISE MITCHELL AND BART HABERSTROH)*

**Bill 13161**

AN ORDINANCE FINDING AND DECLARING THE ACQUISITION OF CERTAIN LAND AND REAL PROPERTY INTERESTS FOR THE SEEBURGER ROAD WATER MAIN RELOCATION PROJECT IS NECESSARY FOR MUNICIPAL PURPOSES AND AUTHORIZING ACQUISITION OF SAID LAND AND REAL PROPERTY INTERESTS *(SPONSOR: BART HABERSTROH)*

**Bill 13162**

AN ORDINANCE AMENDING THE PLANNED DEVELOPMENT RESIDENTIAL FOR RIVER BREEZE ESTATES BY INCREASING THE NUMBER OF LOTS FROM 107 TO 110 *(SPONSOR: MARY ANN OHMS)*

RECORD OF THE COUNCIL OF THE CITY OF SAINT CHARLES, MISSOURI
October 6, 2020

ITEMS FOR DISCUSSION AND/OR COUNCIL ACTION

Election of an "Employer Delegate" for the Annual Missouri Local Government Employees Retirement System (LAGERS) Scheduled for October 29 and 30, 2020 *(referred by Human Resources)*

A motion was made by BRIDGET OHMES to elect Councilmember Jerry Reese as the Employer Delegate. MARY WEST seconded the motion. All voted in favor, motion passed.
File #49045

Approval to Schedule the Start Time of the City Council Work Sessions at 6:00PM on the Second Tuesday of Each Month and Schedule the City Council Street Committee Meetings to be held on the Third Tuesday of Each Month *(referred by Council President Bridget Ohmes)*

A motion was made by MARY ANN OHMS to schedule the City Council Work Session on the second Tuesday of each month to start at 6:00 p.m. and schedule the City Council Street Committee meetings to be held on the third Tuesday of each month. VINCE RATCHFORD seconded the motion. All voted in favor, motion passed.
File #49046

CONSENT AGENDA

Councilmember Tom Besselman requested a separate vote on Consent Agenda items 12.E.2.

A motion was made by MARY ANN OHMS to approve the balance of the Consent Agenda. VINCE RATCHFORD seconded the motion. A roll call vote was taken with the following results: "Aye": Mitchell, Ohmes, Ohms, Ratchford, West, Besselman, Flandermeyer, Haberstroh and Galba. "Nay": None. Absent: Reese. Motion passed.

    A.    Approval of Council Minutes
        1.    Regular City Council Meeting of September 15, 2020
        2.    Public Hearing of September 15, 2020

RECORD OF THE COUNCIL OF THE CITY OF SAINT CHARLES, MISSOURI
October 6, 2020

File #49054

    B.    Approval of Council Committee Reports

        1.    Approval of Council Committee Minutes *(none)*

            a.    Council Work Session of September 8, 2020

File #48981

        2.    Approval of Council Committee Motions/Actions/Recommendations

            a.    Council Work Session of September 8, 2020

                i.    The "Charley" with the logo that resembles the city seal and the green & blue Ride STC are staff's choice. Councilmember Mary West requested an update in 6-8 months

    C.    Receipts of Reports from Boards, Commissions or Committees

        1.    Convention Center Oversight Subcommittee Meeting of June 1, 2020

File #49014

        3.    Housing Authority Commission Meeting of June 17, 2020

File #49026

        4.    Landmarks Board Meeting of August 17, 2020

File #48993

        5.    Human Relations Commission Meeting of August 20, 2020

File #48996

        6.    Human Relations Commission Meeting of September 9, 2020

File #48996

        7.    Board of Public Works Meeting of July 27, 2020

File #49001

        8.    Board of Public Works Meeting of August 24, 2020

File #49001

        9.    Veterans Commission Meeting of March 9, 2020

File #49048

        10.    Veterans Commission Meeting of August 10, 2020

RECORD OF THE COUNCIL OF THE CITY OF SAINT CHARLES, MISSOURI
October 6, 2020

File #49048

   11. Convention and Visitors Commission Meeting of July 23, 2020

File #49000

   12. Convention and Visitors Commission Meeting of August 27, 2020

File #49000

  D. Receipt of Reports of the Director of Administration *(none)*

  E. Approval of Contracts and Easements from $30,001 - $99,999

   1. Contract with TGB, Inc. for the Installation of New Emergency Generator at Heritage Pump Station Project in an amount not to exceed $433,580.00

C20-244

   2. Contract with Martin General Contractors, LLC for the New Town Vacuum System Canister Replacement Project in the amount of $377,500.00

ITEM REMOVED FROM THE CONSENT AGENDA

   3. Contract with CVS Caremark to Provide a Self-Funded Pharmacy Program to the Mayor, City Council, all full-time employees and their eligible dependents, eligible retirees and their eligible spouses from February 1, 2021 through January 31, 2022 in an amount estimated to be $1,923,000.00

C20-247

   4. Contract with UMR/UHC to Provide a Self-Funded Medical Insurance Program to the Mayor, City Council, all full-time employees and their eligible dependents, eligible retirees and their eligible spouses from February 1, 2021 through January 31, 2022 in an amount estimated to be $1,082,277.00

C20-250

RECORD OF THE COUNCIL OF THE CITY OF SAINT CHARLES, MISSOURI
October 6, 2020

|  |  |  |
|---|---|---|
|  | 5. | Contract with Sun Life Assurance Company to Provide Voluntary Life and Voluntary Accidental Death and Dismemberment Insurance Coverage to the Mayor, City Council and full-time employees for the period February 1, 2021 through January 31, 2022 |
| C20-251 |  |  |
|  | 6. | Contract with Sun Life Assurance Company to Provide Group Term Life Insurance, Accidental Death and Dismemberment Insurance and Dependent Life Insurance Coverage for Mayor, City Council and full-time employees for the period February 1, 2021 through January 31, 2022 in an amount not to exceed $44,000.00 |
| C20-252 |  |  |
|  | 7. | Contract with Sun Life Assurance Company to Provide Long Term Disability Insurance for full-time employees for the period February 1, 2021 through January 31, 2022 in an amount not to exceed $76,000.00 |
| C20-253 |  |  |
|  | 8. | Contract with Sun Life Assurance Company to Provide Dental Insurance Coverage to the Mayor, City Council, all full-time employees and their eligible dependents, eligible retirees and eligible spouses with a basic and buy-up dental program for the period February 1, 2021 through January 31, 2022 in an amount not to exceed $89,500.00 |
| C20-254 |  |  |
|  | 9. | Contract with Sun Life Assurance Company to provide vision insurance coverage to the Mayor, Council, all full-time employees and their eligible dependents, eligible retirees and eligible spouses for the period February 1, 2021 through January 31, 2022 |
| C20-255 |  |  |
|  | 10. | Contract with Gershenson Construction Company, Inc. for the construction of the Riverpointe Public Infrastructure Project - Contract 3 - |

RECORD OF THE COUNCIL OF THE CITY OF SAINT CHARLES, MISSOURI
October 6, 2020

|  |  |
|---|---|
|  | Lombard Street Extension, Duct Bank and Sanitary Package in the amount not to exceed $3,698,016.90 |
| C20-246 |  |

    F.    Preliminary Plats *(none)*

    G.    Miscellaneous

        1.    Announcement of Amendment to Council Rule 13 & 45

A motion was made by DENISE MITCHELL to amend this item to include allowing a speaker to comment three minutes per subject. TOM BESSELMAN seconded the motion. A roll call vote was taken with the following results: "Aye": Haberstroh, Mitchell, Ohms, Ratchford, West, Besselman and Galba. "Nay": Ohmes and Flandermeyer. Absent: Reese. Motion passed.

File #49047

|  |  |  |
|---|---|---|
|  | 2. | Receipt of the Proposed Annual Budget for 2021 as Submitted by the Board of Directors of the Zumbehl Road Community Improvement District *(Ward 6)* |
| File #49006 |  |  |
|  | 3. | Receipt of the Proposed Annual Budget for 2021 as Submitted by the Board of Directors of the Bogey Hills Plaza Community Improvement District *(Ward 6)* |
| File #49006 |  |  |
|  | 4. | Receipt of the Proposed Annual Budget for 2021 as Submitted by the Board of Directors of the Elm & 370 Community Improvement District *(Ward 8)* |
| File #49006 |  |  |

RECORD OF THE COUNCIL OF THE CITY OF SAINT CHARLES, MISSOURI
October 6, 2020

|  |  |  |
|---|---|---|
|  | 5. | Receipt of the Proposed Annual Budget for 2021 as Submitted by the Board of Directors of the Fairgrounds Road Community Improvement District *(Ward 3)* |
| File #49006 |  |  |
|  | 6. | Receipt of the Proposed Annual Budget for 2021 as Submitted by the Board of Directors of the Plaza at Noah's Ark Community Improvement District *(Ward 3)* |
| File #49006 |  |  |
|  | 7. | Receipt of the Proposed Annual Budget for 2021 as Submitted by the Board of Directors of the Veteran's Memorial Parkway Community Improvement District *(Ward 3)* |
| File #49006 |  |  |
|  | 8. | Receipt of the Proposed Annual Budget for 2021 as Submitted by the Board of Directors of the Elm Point Commons Community Improvement District *(Ward 8)* |
| File #49006 |  |  |
|  | 9. | Receipt of the Proposed Annual Budget for 2021 as Submitted by the Board of Directors of the Suits U Mexico Community Improvement District *(Ward 6)* |
| File #49006 |  |  |
|  | 10. | Receipt of the Proposed Annual Budget for 2021 as Submitted by the Board of Directors of the St. Charles Riverfront Community Improvement District *(Ward 2)* |
| File #49006 |  |  |
|  | 11. | Receipt of the Proposed Annual Budget for 2020 and 2021 as Submitted by the Board of Directors of the Riverpointe Community Improvement District *(Ward 3)* |
| File #49006 |  |  |

RECORD OF THE COUNCIL OF THE CITY OF SAINT CHARLES, MISSOURI
October 6, 2020

12. Report of the Court Administrator of Monies Collected and Deposited – August 2020

13. Receipt of the Proposed Annual Budget for 2021 as Submitted by the Board of Directors of the West Clay Extension Community Improvement District *(Ward 2)*

File #49006

ITEMS REMOVED FROM THE CONSENT AGENDA

12.E.2 .   Contract with Martin General Contractors, LLC for the New Town Vacuum System Canister Replacement Project in the amount of $377,500.00

Councilmember Tom Besselman voiced concerns regarding this contract vs. using city staff to perform the work. Administration addressed Mr. Besselman's concerns.

A motion was made by MICHAEL GALBA to approve Consent Agenda item 12.E.2. MICHAEL FLANDERMEYER seconded the motion. A roll call vote was taken with the following results: "Aye": Ohmes, Ohms, Ratchford, West, Besselman, Flandermeyer, Galba, Haberstroh and Mitchell. "Nay": None. Absent: Reese. Motion passed.
C20-245

APPROVAL OF CLOSED MINUTES

A motion was made by MARY ANN OHMS to approve the following closed session minutes:

A.  Council Work Session of September 8, 2020

TOM BESSELMAN seconded the motion. A roll call vote was taken with the following results: "Aye": Ohms, Ratchford, West, Besselman, Flandermeyer, Galba, Haberstroh, Mitchell and Ohmes.. "Nay": None. Absent: Reese. Motion passed.

RECORD OF THE COUNCIL OF THE CITY OF SAINT CHARLES, MISSOURI
October 6, 2020

---

The Regular Council Meeting adjourned at 10:01 p.m.

_November 3, 2020_
Date Approved

_____
City Clerk

_____
Bridget Ohmes, Presiding Officer