RECORD OF THE COUNCIL OF THE CITY OF SAINT CHARLES, MISSOURI
October 20, 2020

The City Council convened in a Regular City Council Meeting on Tuesday, October 20, 2020, at 7:00 p.m. in the Council Chambers on the fourth floor of City Hall, 200 North Second Street, with President of the Council Bridget Ohmes, presiding, and the Honorable Mayor Daniel J. Borgmeyer and Members of the Council present as follows: Tom Besselman, Michael Flandermeyer, Michael Galba, Bart Haberstroh,,Mary Ann Ohms, Vince Ratchford, Jerry Reese and Mary West. Absent: Denise Mitchell. City Clerk Laura Whitehead was present and performed the duties of that office.
File #48977

A motion was made by VINCE RATCHFORD to suspend the application of Code Section 115.405.D.1 pertaining to remote participation in tonight's council meeting. MICHAEL GALBA seconded the motion. A roll call vote was taken with the following results: "Aye": Flandermeyer, Galba, Haberstroh, Ohmes, Ohms, Ratchford, Reese, West and Besselman. "Nay": None. Absent: Mitchell. Motion passed.

A motion was made by VINCE RATCHFORD to allow Councilmember Denise Mitchell to participate remotely in tonight's council meeting. MARY ANN OHMS seconded the motion. A roll call vote was taken with the following results: "Aye": Galba, Haberstroh, Ohmes, Ohms, Ratchford, Reese, West, Besselman and Flandermeyer. "Nay": None. Absent: Mitchell. Motion passed.

A roll call was taken calling Councilmember Mitchell's name only. Ms. Mitchell participated via remote.

The meeting was opened with the Invocation, those present standing in a moment of silence, followed by the Pledge of Allegiance to the Flag.

PUBLIC HEARING
The President of the Council Bridget Ohmes announced that the Public Hearing would now be held. At the conclusion of the hearing, the Regular Session continued with the order of business:

    A.    <u>Case No. Z-2020-12</u>. (City of St. Charles) An application to establish a Residential Parking Permit District (RPPD) overlay on the east and west side of North 7th Street from Decatur Street to Franklin Street, on the east side of North 7th Street from Franklin Street to North Kingshighway Street, the west side of the North Kingshighway Street from Bennett Avenue to the intersection of Morgan Street and the north and south side of Franklin Street between North Kingshighway Street and the alley between North 7th Street and North 6th Street. The subject properties are within Wards 1 and 7 *(Council Bill 13166)*

Exhibit 9

RECORD OF THE COUNCIL OF THE CITY OF SAINT CHARLES, MISSOURI
October 20, 2020

---

AWARDS/PROCLAMATIONS/PRESENTATIONS

PROCLAMATION CELEBRATING LEWIS AND CLARK'S RESTAURANT 35TH YEAR ANNIVERSARY

The Honorable Mayor Daniel J. Borgmeyer presented a proclamation to Dan Badock, owner of Lewis & Clark's Restaurant recognizing their 35th Year Anniversary celebration.

PRESENTATION OF PROCEEDS TO THE FOLLOWING "HEY MAYOR DAN CHARITY GOLF TOURNAMENT" RECIPIENTS: BOYS & GIRLS CLUB OF ST. CHARLES COUNTY, EMMAUS HOMES AND BIRTHRIGHT OF ST. CHARLES

The Honorable Mayor Daniel J. Borgmeyer recognized the following recipients of the 2020 Mayor's Charity Golf Tournament:
- Boys & Girls Club of St. Charles County
- Emmaus Homes
- Birthright of St. Charles

PRESENTATION OF THE 2020 PRESERVATION AWARDS

Landmarks Board Chairperson Steve Martin thanked the City Council and Mayor Dan Borgmeyer for allowing the St. Charles Landmarks Board the time to acknowledge the winners of the 2020 Historic Preservation Awards. The program recognizes the valuable contributions, hard work and financial commitment of property owners and individuals who have played an active role in preserving the City's historic resources.

Chairman Martin recognized the following recipients:
- St. Charles School District, 725 N. Kingshighway
- Academy of the Sacred Heart, 619 N. Second Street
- Thomas Schmidt: Salt + Smoke, 501 S. Main Street
- Jeff Besselman, 918 N. Second Street
- Ben Prize, 1328 N. Fifth Street
- Patty & Grant Clark, 329 N. Fourth Street
- Donna & Gary Davis, 633 Monroe Street
- Tom Kuypers, Lifetime Achievement in Preservation

PRESENTATION OF THE 2020 DAVID J. HUESING AWARD

Councilmember Bart Haberstroh on behalf of the Citizens with Disabilities Advisory Board presented the David J. Huesing Award to city employee Anita Telkamp. Ms. Telkamp provided a brief employment bio of herself and thanked Mayor Borgmeyer, City Councilmembers for their support over the years and the Board for this recognition. Mr. Haberstroh introduced the family members of the late David J. Huesing who were in attendance this evening.

RECORD OF THE COUNCIL OF THE CITY OF SAINT CHARLES, MISSOURI
October 20, 2020

### PRESENTATION OF CHECK TO AGING AHEAD FOR THE MEALS ON WHEELS PROGRAM
This presentation was held at the request of Councilmember Jerry Reese.

### REPORT OF THE MAYOR

#### PRESENTATION ON FRENCHTOWN VISION
This presentation was held at the request of Mayor Dan Borgmeyer.

#### APPOINTMENTS TO BOARDS/COMMISSIONS/COMMITTEES
Mayor Dan Borgmeyer requested that the following appointments be withdrawn from consideration:

Building Board of Appeals
> The reappointment of David Moellering, whose term expired in February 2020, to serve a 3-year term ending February 28, 2023

Human Relations Commission
> The reappointment of Alex Reichert, whose term expires October 2020, to serve a 3-year term ending October 20, 2023

A motion was made by VINCE RATCHFORD to approve the balance of the following appointments:

Board of Public Works
> The reappointment of Hyatt Bangert, whose term expired in June 2019, to serve a 3-year term ending June 30, 2022.
>
> The reappointment of Dave Garrison, whose term expired in February 2020, to serve a 3-year term ending February 28, 2023.
>
> The reappointment of Kevin Toebben, whose term expired in June 2020, to serve a 3-year term ending June 30, 2023.
>
> The reappointment of Frank Marchesi, whose term expired in June 2019, to serve a 3-year term ending June 30, 2022.

City-County Library Board
> The appointment of T.J. Rains, who is replacing Mary Reese, whose term expired in June 2019, and Mr. Rains' term will end June, 30, 2022.

RECORD OF THE COUNCIL OF THE CITY OF SAINT CHARLES, MISSOURI
October 20, 2020

---

Human Relations Commission
The appointment of Wade Steinhoff to fill the vacant position representing the Orchard Farm School District, and to serve a 3-year term ending October 20, 2023.

Historic Landmarks Preservation and Architectural Review Board
The appointment of Stephanie Troesser to fill the vacant position representing the Historic Frenchtown Association, and to serve a 3-year term ending October 20, 2023.

Special Business District Advisory Board
The appointment of Joe Ancmon, who is replacing Sharlotte Worthington whose term expired in November, 2019, and Mr. Ancmon's term will end November 30, 2022.

MARY ANN OHMS seconded the motion. A roll call vote was taken with the following results: "Aye": Ohmes, Ohms, Ratchford, Reese, West, Besselman, Flandermeyer, Galba, Haberstroh and Mitchell. "Nay": None. Absent: None. Motion passed.
File #49875

Budget Amendment No. 12 *(Council Bill 13163)*
Director of Administration Larry Dobrosky announced Budget Amendment No. 12 is being introduced this evening and should anyone have questions, Assistant Finance Director Jennifer O'Connor is in attendance this evening to provide answers.

Written and/or Verbal Messages from Mayor Daniel J. Borgmeyer
Mayor Dan Borgmeyer reported St. Charles County launched "QLESS" at municipal courts to improve safety, customer service in pandemic.

Mayor Dan Borgmeyer provided a brief report on the following items: Homeless Task Force, a joint Meals-on-Wheels and Homeless Program to develop a program to donate through water and sewer payments, developing a street plan with the businesses on Main Street, the Riverwalk Project, the new study for relocating city hall, and SSM Hospital.

It was announced Crime Stoppers is requesting a Councilmember to fill the vacant position which was held by the late Councilmember John Hanneke. Councilmember Mary Ann Ohms announced she would fill the vacant position.

ANNOUNCEMENTS FROM COUNCILMEMBERS
Council Vice President Vince Ratchford reported he went fishing today at Fountain Lakes and received a compliment on the trimmed paths.

RECORD OF THE COUNCIL OF THE CITY OF SAINT CHARLES, MISSOURI
October 20, 2020

Council President Bridget Ohmes announced the St. Charles County Municipal League Meeting is being held on Tuesday, October 27 and is being hosted by the City of Cottleville. All City Councilmembers are members and are welcome to attend the meeting.

PUBLIC COMMENT

Greg Meyer, 3910 Elm Point Road, St. Charles, Missouri, spoke in favor of Council Bill 13154.

Bill Wannstedt, 534 Western Ridge Court, stated he had no comments. He is present to answer any questions pertaining to Council Bill 13162. There were no questions.

RESOLUTIONS

Councilmember Tom Besselman requested separate votes on the Resolutions.

> A RESOLUTION AUTHORIZING AND DIRECTING CITY STAFF AND CONSULTANTS TO TAKE CERTAIN ACTIONS WITH RESPECT TO A PROPOSED PROJECT FOR DIGICAN PRINTING, LLC. *(SPONSOR: MICHAEL GALBA)*

**Passed**  "Aye":   Ohms, Ratchford, Reese, West, Besselman, Flandermeyer, Galba, Haberstroh, Mitchell and Ohmes
"Nay":   None
Absent:  None

*Approved* by the Honorable Mayor on October 21, 2020 and is known as **Resolution R20-046**

> A RESOLUTION OF THE CITY COUNCIL OF THE CITY OF ST. CHARLES, MISSOURI APPROVING THE FACILITATION GUIDE IDENTIFYING MAYOR AND CITY COUNCIL EXPECTATIONS; AND APPROVING A 2020 AND 2021 STRATEGIC PLAN SET FORTH IN THE PROJECT CHARTS CONTAINED THEREIN *(SPONSORS: MARY ANN OHMS, TOM BESSELMAN, VINCE RATCHFORD, MARY WEST, DENISE MITCHELL, JERRY REESE, MICHAEL FLANDERMEYER, MICHAEL GALBA, BART HABERSTROH AND BRIDGET OHMES)*

Councilmember Michael Flandermeyer stated for the record, he is supporting the vision of the City and the strategic plans but this also means we need to be careful of the details. Therefore, as I vote in the future, I will be voting on the details as well as the vision.

**Passed**  "Aye":   Ratchford, West, Flandermeyer, Galba, Haberstroh, Mitchell, Ohmes and Ohms
"Nay":   Reese and Besselman
Absent:  None

*Approved* by the Honorable Mayor on October 21, 2020 and is known as **Resolution R20-047**

RECORD OF THE COUNCIL OF THE CITY OF SAINT CHARLES, MISSOURI
October 20, 2020

BILLS FOR FINAL PASSAGE

**Bill 13146** *(Substitute Bill No. 1)*
AN ORDINANCE ENACTING A NEW ARTICLE TO CHAPTER 365 OF THE CODE OF ORDINANCES TO BE KNOWN AS ARTICLE V PERTAINING TO THE OPERATION OF GOLF CARTS ON PUBLIC STREETS *(SPONSOR: MICHAEL GALBA)*

*Passed*  "Aye":   Reese, West, Besselman, Flandermeyer, Galba, Haberstroh, Mitchell, Ohmes, Ohms and Ratchford
"Nay":   None
Absent:  None

*Approved* by the Honorable Mayor on October 21, 2020 and is known as **Ordinance 20-143**

**Bill 13149** *(To be Withdrawn by Sponsors)*
AN ORDINANCE APPROVING THE PURCHASE OF PROPERTY LOCATED AT 400 FOUNTAIN LAKES BOULEVARD FOR $6,000,000 AND CLOSING COSTS NOT TO EXCEED $50,000 FOR A TOTAL AMOUNT NOT TO EXCEED $6,050,000 AND GRANTING CONTINUING AUTHORITY TO EXECUTE DOCUMENTS NECESSARY TO CARRY OUT THE INTENT OF THIS ORDINANCE *(SPONSORS: BRIDGET OHMES AND JERRY REESE)*

Councilmember Jerry Reese requested to withdraw Council Bill 13149.
File #49049

**Bill 13152**
AN ORDINANCE AMENDING SECTION 100.150 OF THE CODE OF ORDINANCES PERTAINING TO PENALTIES AND ENACTING TWO NEW SECTIONS PERTAINING TO EQUITABLE RELIEF AND RESTRICTIONS ON DELINQUENT APPLICANTS *(SPONSOR: BRIDGET OHMES)*

*Passed*  "Aye":   Reese, West, Besselman, Flandermeyer, Galba, Haberstroh, Mitchell, Ohmes, Ohms and Ratchford
"Nay":   None
Absent:  None

*Approved* by the Honorable Mayor on October 21, 2020 and is known as **Ordinance 20-144**

**Bill 13153**
AN ORDINANCE AUTHORIZING THE PURCHASE OF PROPERTY LOCATED AT 1115 NORTH SECOND STREET FOR $295,000 AND CLOSING COSTS NOT TO EXCEED $4,000 FOR A TOTAL AMOUNT NOT TO EXCEED $299,000 AND GRANTING CONTINUING AUTHORITY TO EXECUTE DOCUMENTS NECESSARY TO CARRY OUT THE INTENT OF THIS ORDINANCE *(SPONSOR: MARY ANN OHMS)*

Councilmember Tom Besselman requested a separate vote on Council Bill 13153.

RECORD OF THE COUNCIL OF THE CITY OF SAINT CHARLES, MISSOURI
October 20, 2020

| | | |
|---|---|---|
| ***Passed*** | "Aye": | West, Flandermeyer, Galba, Haberstroh, Mitchell, Ohmes, Ohms, Ratchford and Reese |
| | "Nay": | Besselman |
| | Absent: | None |

***Approved*** by the Honorable Mayor on October 21, 2020 and is known as **Ordinance 20-145**

**Bill 13154**
AN ORDINANCE AMENDING SECTION 400.320 OF THE CODE OF ORDINANCES PERTAINING TO CONDITIONAL USES IN THE WELLHEAD PROTECTION DISTRICT *(SPONSORS: BRIDGET OHMES, MICHAEL GALBA AND JERRY REESE)*

Council Vice President Vince Ratchford requested a separate vote on Council Bill 13154.

Council Vice President Vince Ratchford asked City Attorney Michael Valenti to review Council Bills 13154 & 13155 for an understanding of the voting procedures.

| | | |
|---|---|---|
| ***Failed*** | "Aye": | Besselman, Flandermeyer, Galba, Mitchell, Ohmes and Reese. |
| | "Nay": | Haberstroh, Ohms, Ratchford and West |
| | Absent: | None |

It was explained after the roll call vote was taken, this bill failed passage at the Planning & Zoning Commission and therefore passage of this bill would have required 7 affirmative votes for passage. The bill only received 6 affirmative votes. The bill failed passage.

A motion was made by TOM BESSELMAN to reconsider the vote. MICHAEL GALBA seconded the motion.

Councilmember Besselman stated Council Bill 13155 is way too restrictive on the business. In reference to Council Bill 13154, the Applicant did a great job explaining what he would do to continue what he has been doing down there for a while. Mr. Besselman stated through his research he finds the City is lacking in protecting their wellhead district and reiterated what staff is trying to do to a business is way too stringent. Administration stated the water is tested and is safe.

A roll call vote was taken on the motion to reconsider the vote, with the following results: "Aye": Flandermeyer, Galba, Mitchell, Ratchford, Reese and Besselman. "Nay": Haberstroh, Ohmes, Ohms and West. Absent: None. Motion passed.

Mr. Ratchford inquired since Mr. Besselman was on the prevailing side of the vote to pass Council Bill 13154, he is able to make the motion to reconsider the vote?

RECORD OF THE COUNCIL OF THE CITY OF SAINT CHARLES, MISSOURI
October 20, 2020

Mr. Valenti explained the Council Rules states, a Motion to reconsider shall be made only by a member who voted for defeat of the passage of the bill. The vote just taken to reconsider the bill is not valid.

Council President Bridget Ohmes announced the original vote on Council Bill 13154 failed passage.
File #49050

### Bill 13155
AN ORDINANCE AMENDING SECTION 400.320 OF THE CODE OF ORDINANCES PERTAINING TO CONDITIONAL USES IN THE WELLHEAD PROTECTION DISTRICT *(SPONSORS: BRIDGET OHMES, MICHAEL GALBA AND JERRY REESE)*
Council Vice President Vince Ratchford requested a separate vote on Council Bill 13155.

Discussion was held regarding impervious parking surfaces, treated collected water, and conditional uses.

*Passed*  "Aye":   Haberstroh, Mitchell, Ohmes, Ohms, Ratchford and West
         "Nay":   Galba, Reese, Besselman and Flandermeyer
         Absent:  None
*Approved* by the Honorable Mayor on October 21, 2020 and is known as **Ordinance 20-146**

### Bill 13156
AN ORDINANCE APPROVING A PROGRAM-FUNDED STATE AND LOCAL TASK FORCE AGREEMENT BETWEEN THE UNITED STATES DEPARTMENT OF JUSTICE, DRUG ENFORCEMENT ADMINISTRATION, AND THE CITY OF ST. CHARLES, MISSOURI TO PARTICIPATE IN THE ST. LOUIS FIELD DIVISION TASK FORCE PROGRAM FOR THE PERIOD OCTOBER 1, 2020 THROUGH SEPTEMBER 30, 2021 AND AUTHORIZING THE MAYOR TO EXECUTE THE AGREEMENTS *(SPONSORS: JERRY REESE, DENISE MITCHELL AND MARY WEST)*

*Passed*  "Aye":   Reese, West, Besselman, Flandermeyer, Galba, Haberstroh, Mitchell, Ohmes, Ohms and Ratchford
         "Nay":   None
         Absent:  None
*Approved* by the Honorable Mayor on October 21, 2020 and is known as **Ordinance 20-147**

### Bill 13157
AN ORDINANCE ANNEXING CERTAIN ADJACENT CONTIGUOUS LAND INTO THE CITY OF SAINT CHARLES, MISSOURI, AND ASSIGNING THE LAND TO A DESIGNATED WARD OF THE CITY BEING PETITIONED FOR ANNEXATION

RECORD OF THE COUNCIL OF THE CITY OF SAINT CHARLES, MISSOURI
October 20, 2020

BY JESSE RAY PRECISION PROPERTY SOLUTIONS AN APPROXIMATE 0.86 ACRE TRACT OF LAND WITH AN ADDRESS OF 1101 HEMSATH ROAD *(SPONSOR: DENISE MITCHELL)*

*Passed*  "Aye":   Reese, West, Besselman, Flandermeyer, Galba, Haberstroh, Mitchell, Ohmes, Ohms and Ratchford
"Nay":   None
Absent:   None

*Approved* by the Honorable Mayor on October 21, 2020 and is known as **Ordinance 20-148**

**Bill 13158**
AN ORDINANCE REZONING TO CITY ZONING DISTRICT R-1E (SINGLE FAMILY RESIDENTIAL DISTRICT) FROM COUNTY ZONING DISTRICT R-1E (SINGLE FAMILY RESIDENTIAL DISTRICT) AN APPROXIMATE .86 ACRE TRACT OF LAND WITH AN ADDRESS OF 1101 HEMSATH ROAD *(SPONSOR: DENISE MITCHELL)*

*Passed*  "Aye":   Reese, West, Besselman, Flandermeyer, Galba, Haberstroh, Mitchell, Ohmes, Ohms and Ratchford
"Nay":   None
Absent:   None

*Approved* by the Honorable Mayor on October 21, 2020 and is known as **Ordinance 20-149**

**Bill 13159**
AN ORDINANCE APPROVING THE RECORD PLAT FOR FOUNTAIN LAKES COMMERCE CENTER PLAT TWO RESUBDIVISION OF ADJUSTED LOT 11, A SUBDIVISION OF THE CITY OF SAINT CHARLES, MISSOURI *(SPONSOR: MICHAEL GALBA)*

*Passed*  "Aye":   Reese, West, Besselman, Flandermeyer, Galba, Haberstroh, Mitchell, Ohmes, Ohms and Ratchford
"Nay":   None
Absent:   None

*Approved* by the Honorable Mayor on October 21, 2020 and is known as **Ordinance 20-150**

**Bill 13160**
AN ORDINANCE FINDING AND DECLARING THE ACQUISITION OF CERTAIN LAND AND REAL PROPERTY INTERESTS FOR THE BRIDAL SPUR CULVERT REPLACEMENT PROJECT IS NECESSARY FOR MUNICIPAL PURPOSES AND AUTHORIZING ACQUISITION OF SAID LAND AND REAL PROPERTY INTERESTS *(SPONSORS: DENISE MITCHELL AND BART HABERSTROH)*

*Passed*  "Aye":   Reese, West, Besselman, Flandermeyer, Galba, Haberstroh, Mitchell, Ohmes, Ohms and Ratchford
"Nay":   None
Absent:   None

RECORD OF THE COUNCIL OF THE CITY OF SAINT CHARLES, MISSOURI
October 20, 2020

*Approved* by the Honorable Mayor on October 21, 2020 and is known as **Ordinance 20-151**

**Bill 13161**
AN ORDINANCE FINDING AND DECLARING THE ACQUISITION OF CERTAIN LAND AND REAL PROPERTY INTERESTS FOR THE SEEBURGER ROAD WATER MAIN RELOCATION PROJECT IS NECESSARY FOR MUNICIPAL PURPOSES AND AUTHORIZING ACQUISITION OF SAID LAND AND REAL PROPERTY INTERESTS *(SPONSOR: BART HABERSTROH)*

*Passed*  "Aye":  Reese, West, Besselman, Flandermeyer, Galba, Haberstroh, Mitchell, Ohmes, Ohms and Ratchford
  "Nay":  None
  Absent:  None

*Approved* by the Honorable Mayor on October 21, 2020 and is known as **Ordinance 20-152**

**Bill 13162**
AN ORDINANCE AMENDING THE PLANNED DEVELOPMENT RESIDENTIAL FOR RIVER BREEZE ESTATES BY INCREASING THE NUMBER OF LOTS FROM 107 TO 110 *(SPONSOR: MARY ANN OHMS)*

*Passed*  "Aye":  Reese, West, Besselman, Flandermeyer, Galba, Haberstroh, Mitchell, Ohmes, Ohms and Ratchford
  "Nay":  None
  Absent:  None

*Approved* by the Honorable Mayor on October 21, 2020 and is known as **Ordinance 20-153**

BILLS FOR INTRODUCTION
The following council bills were introduced:

**Bill 13163**
AN ORDINANCE AMENDING ORDINANCE NUMBER 19-256 BY AMENDING CERTAIN REVENUE, EXPENDITURE, AND FUND BALANCE ACCOUNTS FOR THE BUDGET FOR THE FISCAL YEAR 2020 (BUDGET AMENDMENT #12) *(SPONSOR: BRIDGET OHMES)*

**Bill 13164**
AN ORDINANCE AMENDING CHAPTER 125 OF THE CODE OF ORDINANCES BY REPEALING ARTICLE XIV, WHICH ESTABLISHED A CITY ARTS AND CULTURE COMMISSION *(SPONSOR: BRIDGET OHMES)*

Councilmember Michael Flandermeyer voiced concerns with Council Bill 13164 and recommended artist from the community be represented on the Convention and Visitors Bureau Commission.

RECORD OF THE COUNCIL OF THE CITY OF SAINT CHARLES, MISSOURI
October 20, 2020

**Bill 13165**
AN ORDINANCE AUTHORIZING A COMMON AGREEMENT BETWEEN THE CITY OF ST. CHARLES, MISSOURI AND THE ST. CHARLES COUNTY ECONOMIC DEVELOPMENT COMMISSION EFFECTIVE JANUARY 1, 2021 THROUGH DECEMBER 31, 2023 *(SPONSOR: BRIDGET OHMES)*

**Bill 13166**
AN ORDINANCE AMENDING CHAPTER 400 OF THE CODE OF ORDINANCES BY ESTABLISHING A RESIDENTIAL PERMIT PARKING DISTRICT OVERLAY IN AND AROUND THE AREA OF THE INTERSECTION OF NORTH SEVENTH STREET AND KINGSHIGHWAY *(SPONSOR: MICHAEL FLANDERMEYER)*

A motion was made by MICHAEL FLANDERMEYER to hold Council Bill 13166 pending the completed study. MARY ANN OHMS seconded the motion. A roll call vote was taken with the following results: "Aye": Haberstroh, Mitchell, Ohmes, Ohms, Ratchford, Reese, West, Besselman, Flandermeyer and Galba. "Nay": None. Absent: None. Motion passed.

CONSENT AGENDA
Councilmember Denise Mitchell requested to remove agenda items 12.D.2 and 12.E.2 from the Consent Agenda for separate votes.

Councilmember Tom Besselman requested to remove agenda item 12.G.3 from the Consent Agenda for a separate vote.

A motion was made by VINCE RATCHFORD to approve the balance of the Consent Agenda. MARY ANN OHMS seconded the motion. A roll call vote was taken with the following results: "Aye": Mitchell, Ohmes, Ohms, Ratchford, Reese, West, Besselman, Flandermeyer, Galba and Haberstroh. "Nay": None. Absent: None. Motion passed.

  A. Approval of Council Minutes *(none)*
  B. Approval of Council Committee Reports *(none)*
    1. Approval of Council Committee Minutes
    2. Approval of Council Committee Motions/Actions/Recommendations

  C. Receipts of Reports from Boards, Commissions or Committees
    1. Planning & Zoning Commission Meeting of August 24, 2020
File 48995
    3. Special Business District Meeting of September 3, 2020
File #48989
    4. Board of Adjustment Meeting of September 14, 2020
File #49002

RECORD OF THE COUNCIL OF THE CITY OF SAINT CHARLES, MISSOURI
October 20, 2020

---

    D.    Receipt of Reports of the Director of Administration
           1.    Monthly Report on Requests for Intra-Departmental Transfer of Appropriations > $10,000 – September 2020
           2.    Notice of Emergency Purchase
REMOVED FROM CONSENT AGENDA

    E.    Approval of Contracts and Easements from $30,001 - $99,999
           1.    Agreement with Occupational Health Services of Kansas, P.A. dba Concentra Medical Centers for Work-Related Medical Services in an amount not to exceed $180,000.00
C20-248
           2.    Contract with Trane U.S., Inc. for Indoor Air Quality Assessments and Improvements for City Facilities in an amount not to exceed $200,000.00
REMOVED FROM CONSENT AGENDA
           3.    Authorization to Resolve a Sewer Backup Claim for Clean Up Expenses Totaling $5,583.64 occurring at 707 McDonough Street *(Ward 2)*
File #49043

    F.    Preliminary Plats *(none)*

    G.    Miscellaneous
           1.    Investment Report - September 2020
           2.    Receipt of the Proposed Annual Budget for 2020 and 2021 as Submitted by the Board of Directors of the Fountain Lakes Center North Community Improvement District *(Ward 8)*
File #49006
           3.    Approval of Amendment to Council Rule 13 & 45
REMOVED FROM CONSENT AGENDA
           4.    Verification of City Clerk Relative to Receipt of the Petition to the City of Saint Charles, Missouri to Establish the Riverpointe Phase 3 Community Improvement District *(Ward 3)*
File #49052
           5.    Report of the Court Administrator of Monies Collected and Deposited – September 2020
           6.    Receipt of the Proposed Annual Budget for 2021 as Submitted by the Board of Directors of the 501 South Main Street Community Improvement District *(Ward 2)*
File #49006

RECORD OF THE COUNCIL OF THE CITY OF SAINT CHARLES, MISSOURI
October 20, 2020

---

ITEMS REMOVED FROM THE CONSENT AGENDA
    12.D.   Receipt of Reports of the Director of Administration
          2.       Notice of Emergency Purchase

A motion was made by VINCE RATCHFORD to approve Consent Agenda Item 12.D.2. BRIDGET OHMES seconded the motion. A roll call vote was taken with the following results: "Aye": Ohmes, Ohms, Ratchford, Reese, West, Besselman, Flandermeyer, Galba and Haberstroh "Nay": None. Abstain: Mitchell. Absent: none. Motion passed.
Abstain File #49055

    12.E.   Approval of Contracts and Easements
          2.       Contract with Trane U.S., Inc. for Indoor Air Quality Assessments and Improvements for City Facilities in an amount not to exceed $200,000.00

A motion was made by VINCE RATCHFORD to approve Consent Agenda Item 12.E.2. MICHAEL FLANDERMEYER seconded the motion. A roll call vote was taken with the following results: "Aye": Ohms, Ratchford, Reese, West, Besselman, Flandermeyer, Galba, Haberstroh and Ohmes. "Nay": None. Abstain: Mitchell. Absent: none. Motion passed.
Abstain File #49055

    12.G.   Miscellaneous
          3.       Approval of Amendment to Council Rul 13 & 45

A motion was made by VINCE RATCHFORD to approve Consent Agenda Item 12.G.3. BRIDGET OHMES seconded the motion. A roll call vote was taken with the following results: "Aye": Ratchford, West, Flandermeyer, Galba, Haberstroh, Mitchell, Ohmes and Ohms. "Nay": Reese and Besselman. Absent: none. Motion passed.
File #49051

The Regular Council Meeting adjourned at 9:09 p.m.

_November 17, 2020_
Date Approved

_____
City Clerk

_Bridget Ohmes_
Bridget Ohmes, Presiding Officer