**Section 400.1010.  Authorization — Initiation — Applications. [R.O. 2009 §156.250; CC 1981 §30-249; Ord. No. 77-31, 7-5-1977; Ord. No. 98-209, 5-15-1998; Ord. No. 04-224, 9-10-2004; Ord. No. 10-244 §1, 11-18-2010; Ord. No. 20-105, 7-21-2020]**

The City Council may, from time to time, amend, supplement, change or modify by ordinance the number, shape, area or boundaries of the districts or the regulations herein established. An amendment, change, modification or supplement to the number, shape, area or boundaries of the districts may be initiated by vote of the City Council, by motion of the Planning and Zoning Commission or by application of the owner of the property that is the subject matter of the proposed amendment. An amendment, change, modification or supplement to the regulations herein established may be initiated by vote of the City Council, by motion of the Planning and Zoning Commission or by request of the Department of Community Development. An amendment, change, modification or supplement to the number, shape, area or boundaries of the districts or the regulations shall require a public hearing, and action before the Planning and Zoning Commission and the City Council.

**Exhibit 10**